# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOLLY THOMAS

VERSUS

CRAIG THOMAS

NO.  2025 CU 0513

**SEPTEMBER 4, 2025**

---

In Re:   Holly Thomas, applying for rehearing of appeal, 22nd Judicial District Court, Parish of St. Tammany, No. 2017-15061.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **APPLICATION FOR REHEARING OF ORIGINAL APPEAL GRANTED.** We hereby reinstate the appeal. Appellant attached her appellant brief to the instant application for rehearing, and we instruct this court's Clerk's Office to file the appellant's brief this date. We further instruct this court's Clerk's Office to issue an appellee briefing schedule. If applicable, appellant must file separate motions for reinstatement of the right to oral argument and the right to file a reply brief.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT